CRIMINAL COMPLAINT
(Submitted electronically)

| **United States District Court** | DISTRICT of ARIZONA |
|---|---|
| **United States of America**<br>v.<br>**Laurie Ann Perry**<br>DOB: 1964; United States Citizen | DOCKET NO. |
| | MAGISTRATE'S CASE NO.<br>**21-00159MJ** |

Complaint for violations of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A)(viii)

COMPLAINANT'S STATEMENT OF FACTS CONSTITUTING THE OFFENSE OR VIOLATION:

On or about March 27, 2021, at or near Nogales, in the District of Arizona, **Laurie Ann Perry** did knowingly and intentionally possess with intent to distribute 50 grams or more of methamphetamine, or 500 grams or more of a mixture or substance containing a detectable amount of methamphetamine, a Schedule II controlled substance; in violation of Title 21, United States Code, Section 841(a)(1) and 841(b)(1)(A)(viii).

BASIS OF COMPLAINANT'S CHARGE AGAINST THE ACCUSED:

On March 27, 2021, at approximately 4:22 p.m., **Laurie Ann PERRY** presented herself for entry at the Mariposa port of entry (POE) in Nogales, Arizona. **PERRY** was the driver and sole occupant of a grey 2008 Toyota Corolla. In primary, **PERRY** gave a negative customs declaration and stated to Customs and Border Protection Officers (CBPOs) "I told him not to put anything in here, I don't want any trouble". CBPOs then referred **PERRY** to secondary for further inspection. In secondary, a Z-portal x-ray scan was conducted on the vehicle where CBPOs noticed anomalies in the back seats. A CBP canine also conducted a sniff of the vehicle an alerted to an odor it is trained to detect emanating from the rear seats of the vehicle. Further inspection revealed a total of 40 packages concealed within the rear seats. A representative sample of the contents of the packages tested positive for the characteristics of methamphetamine. The methamphetamine had a total weight of 19.74 kilograms.

March 27, 2021 was **PERRY's** first international border crossing in the Toyota Corolla. The Toyota Corolla has four other international crossings before this date, all through the DeConcini POE, and all driven by different drivers each time.

After waiving her *Miranda* rights, **PERRY** stated she borrowed the vehicle from a man she did not know. **PERRY** further stated that she was now in trouble and that "they're going to kill me". **PERRY** never stated that she felt in fear for her life and would not explain who "they" were when agents questioned her. Finally, **PERRY** stated she was told by the man who owns the car to pick up an envelope in Tucson, with unknown contents, but also said there was never any mention of her getting paid. PERRY denied all knowledge of narcotics being hidden inside the vehicle.

MATERIAL WITNESSES IN RELATION TO THE CHARGE:

| DETENTION REQUESTED<br>Being duly sworn, I declare that the foregoing is true and correct to the best of my knowledge.<br>JS2/pl<br>AUTHORIZED AUSA *Julie Sottosanti* | SIGNATURE OF COMPLAINANT (official title)<br>STEVEN M ANDUJAR *Digitally signed by STEVEN M ANDUJAR Date: 2021.03.29 09:13:19 -07'00'* |
|---|---|
| | OFFICIAL TITLE<br>HSI Special Agent<br>Steven Andujar |
| Sworn to telephonically. | |
| SIGNATURE OF MAGISTRATE JUDGE[1] | DATE<br>March 29, 2021 |

[1] See Federal rules of Criminal Procedure Rules 3, 4.1 and 54